IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT VINCENT GADSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action NO: 04-249-KAJ |
| PHILADELPHIA FIRE DEPT., et. al., | ) ) ) |
| Defendant. | ) |

ORDER

Before me is a Motion for Extension of Time brought by Plaintiff, Robert Vincent Gadson ("Gadson"), seeking additional time to pay the filing fee in this action. (Docket Item ["D.I."] 12; the "Motion.")

Gadson filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee. As ordered by the court on May 4, 2004, Gadson was denied leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, because, while incarcerated, he filed at least eight civil actions that have been dismissed as frivolous or for failing to state a claim upon which relief may be granted. Additionally, the court ordered Gadson to pay the filing fee within thirty (30) days from the date of the order. On October 12, 2004, the complaint was dismissed without prejudice for failure to make payment. As of this date, Gadson has failed to provide payment in reference to this matter.

Accordingly, for the reasons set forth, IT IS HEREBY ORDERED that the Motion (D.I. 12) is DENIED.

UNITED STATES DISTRICT JUDGE

October 4, 2005
Wilmington, Delaware